Of Counsel:
ES&A, Inc.
A Law Corporation

TRISHA GIBO                      9751
JESSICA M. SNEED              10614
Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 729-9400
Facsimile: (808) 729-9425
E-mail:   tgibo@esandalaw.com
              jsneed@esandalaw.com

Attorneys for Defendant
ALTERNATIVE STRUCTURES
INTERNATIONAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARLISA MOLINA,<br><br>           Plaintiffs,<br><br>     vs.<br><br>ALTERNATIVE STRUCTURES<br>INTERNATIONAL,<br><br>           Defendants. | CV 20-00561 ACK-KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES**<br><br>Trial Judge: Hon. Alan C. Kay<br>Trial Date:   March 22, 2022 |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED, by and between Plaintiff MARLISA

MOLINA ("Plaintiff") and Defendant ALTERNATIVE STRUCTURES

INTERNATIONAL ("Defendant"), through their respective counsel:

1.      All claims brought by Plaintiff against Defendant as referenced in Plaintiff's Complaint filed herein on December 18, 2020, are hereby DISMISSED with prejudice;

2.      All other claims and parties are dismissed; and

3.      Each party is to bear its own fees and costs.

This Stipulation is entered into pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Rule 41.1 of the Local Rules of Practice for the United States District Court of the District of Hawai'i, and has been signed by all parties appearing in this action.

DATED:  Honolulu, Hawai'i, September 1, 2021.


/s/ *Charles H. Brower*
_____
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff
MARLISA MOLINA


/s/ *Jessica M. Sneed*
_____
TRISHA C. GIBO
JESSICA M. SNEED
Attorneys for Defendant
ALTERNATIVE STRUCTURES
INTERNATIONAL

APPROVED AS TO FORM.

DATED: Honolulu, Hawai`i, September 2, 2021.



_____
Alan C. Kay
Sr. United States District Judge

_____

*Marlisa Molina V. Alternative Structures International*; Civil No. 20-00561 ACK-KJM; Stipulation For Dismissal With Prejudice of All Claims and Parties